# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RICHARD DELACY & BRENDA DELACY  
524 HOLLISTER AVENUE  
ROCKFORD, IL  61108  

Case Number: 08-71628  
SSN-xxx-xx-9903 & xxx-xx-2584  

Case filed on:    5/23/2008  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,040.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MALCOM GERALD & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DENNIS BREBNER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | OMNI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD DELACY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 14,122.19 | 14,000.00 | 75.77 | 336.25 |
| 002 | SANTANDER CONSUMER USA | 18,604.51 | 18,604.51 | 103.79 | 446.90 |
| 022 | HARRY SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 32,726.70 | 32,604.51 | 179.56 | 783.15 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 109.97 | 0.00 | 0.00 |
| 003 | AES/PHEAA | 88,982.23 | 0.00 | 0.00 | 0.00 |
| 004 | ALEXIAN BROTHERS HEALTH SYSTEM | 204.10 | 183.69 | 0.00 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES | 759.81 | 683.83 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 1,376.27 | 1,238.64 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 11,211.04 | 10,089.94 | 0.00 | 0.00 |
| 009 | ECMC | 36,193.71 | 0.00 | 0.00 | 0.00 |
| 010 | INFINITY HEALTHCARE PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | JAMES MILOS DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHASE BANK USA NA | 1,213.03 | 1,091.73 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,046.67 | 942.00 | 0.00 | 0.00 |
| 014 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SWEDISH AMERICAN HOSPITAL | 393.20 | 353.88 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 2,737.00 | 2,463.30 | 0.00 | 0.00 |
|  | Total Unsecured | 144,117.06 | 17,156.98 | 0.00 | 0.00 |
|  | Grand Total: | 176,843.76 | 49,761.49 | 179.56 | 783.15 |

Total Paid Claimant:     $962.71  
Trustee Allowance:       $77.29  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan